## FIRST DEPARTMENT, JULY, 1976

### (July 1, 1976)

■ TAW INTERNATIONAL LEASING, INC., et al., Appellants, v OVERSEAS PRIVATE INVESTMENT CORPORATION et al., Respondents.—Order, Supreme Court, New York County, entered on April 26, 1976, unanimously affirmed for the reasons stated by Ascione, J., at Special Term. Respondents shall recover of appellants $40 costs and disbursements of this appeal. Concur—Stevens, P. J., Markewich, Murphy, Capozzoli and Nunez, JJ.

■ VIVIAN LEE et al., Appellants, v ROBERT CHRISTMAS, as Executive Director of Sydenham Hospital, et al., Respondents.—Order and judgment (one paper), Supreme Court, New York County, entered on June 3, 1976, unanimously affirmed for the reasons stated by Tierney, J., at Special Term, without costs and without disbursements. Concur—Stevens, P. J., Markewich, Murphy, Capozzoli and Nunez, JJ.

■ In the Matter of ELLANES FURNITURE AND HOSPITAL SUPPLY CO., INC., Appellant, v LOUIS J. LEFKOWITZ, as Attorney-General of the State of New York, et al., Respondents.—Judgment, Supreme Court, New York County, entered on or about April 14, 1976, unanimously affirmed on opinion of Melia, J., at Trial Term, without costs and without disbursements. Concur—Stevens, P. J., Markewich, Murphy, Capozzoli and Nunez, JJ.